1

2

3

4

5

6                          **IN THE UNITED STATES DISTRICT COURT**

7                        **FOR THE EASTERN DISTRICT OF CALIFORNIA**

8

9   ERA FRANCHISE SYSTEMS, INC.,                    CASE NO.1:06-cv-1861 LJO NEW (TAG)

10                       Plaintiff,            _____ ORDER TO ADOPT FINDINGS AND
                                              RECOMMENDATIONS TO GRANT
11             vs.                            PLAINTIFF'S APPLICATION FOR
                                              DEFAULT JUDGMENT
12   BRAGER & ASSOCIATES,                     (Doc. 39)

13                       Defendants.
     _____/

14

15                               **BACKGROUND**

16         Plaintiff ERA Franchise Systems, Inc. ("Plaintiff") is a real estate brokerage business

17   franchisor.  Defendant Brager & Associates, Inc. is a real estate brokerage business franchisee doing

18   business as ERA Stargate Realty, and is a California corporation. Defendant Alisha Brager is an

19   individual and the president of Brager& Associates, Inc.

20         In 2001, Defendant Brager & Associates, Inc. contracted with Plaintiff to own and operate

21   five real estate brokerage franchises in Ceres, Turlock, Modesto, Oakdale, and Merced, California,

22   all within the Eastern District of California. The parties' contractual relationship is memorialized by

23   five written franchise and security agreements, and one promissory note.  Defendant Brager &

24   Associates, Inc.'s obligations under the franchise agreements are personally guaranteed by Defendant

25   Alisha Brager, who is also the co-maker on the promissory note.

26         On December 22, 2006, Plaintiff filed a complaint against Defendants Brager & Associates,

27   Inc. and Alisha Brager (collectively, the "Defendants").  Plaintiff's complaint alleges claims for

28   (first, second,  and third) breach of contract related to the franchise agreements, guaranties, and

1

1   promissory note, (fourth) account stated, (fifth) money lent, (sixth) quantum meruit, (seventh)

2   possession of personal property collateral, and (eighth) accounting.

3        Plaintiff served Defendant Brager & Associates, Inc. with a copy of the complaint on

4   January 11, 2007. Plaintiff served Defendant Alisha Brager with a copy of the complaint on February

5   1, 2007. Plaintiff filed requests for entry of default against both Defendants, with supporting papers

6   on February 27, 2007.  On February 27, 2007, this Court's clerk entered defaults as to both

7   Defendants.

8        On May, 22, 2007, Plaintiff filed an application for default judgment by the Court against

9   both Defendants, with supporting documents. (Docs. 32, 33).  Plaintiff seeks a default judgment

10  against both Defendants to award $2, 206,086.40 in  damages, plus prejudgment interest in the

11  amount of $202.67 per day from August 15, 2005 until paid based on the balance due under the

12  franchise agreements[1], plus prejudgment interest in the amount of $52.60 per day until paid based on

13  the principal balance of the promissory note[2], plus an award of $17, 034.43 in attorney's fees and

14  costs pursuant to the parties' written agreements and California Civil Code § 1717, for a total

15  judgment of at least $2,422,495.23.

16       On August 2, 2007, the Magistrate Judge issued Findings and Recommendations (Doc. 39)

17  to grant Plaintiff a default judgment against both Defendants as follows:

18       1.    $2,206,087.48 for obligations due pursuant to the franchise agreements and the

19             promissory note as of August  15, 2005;

20       2.    $43,948.80 for interest on the remaining principal balance of the promissory note as

21             of April 24, 2007;

22       3.    Interest at the rate of 18% per annum on the sum of $410,976.30, in the amount of

23             $202.67 per day from August 16, 2005 through the date of judgment;

24  ///

25

---

26       [1]  The Court has calculated this amount to be $149,165.12 as of August 21, 2007.  There are 736 days in the period
     from August 16,2005 to August 21, 2007.  736 multiplied by $202.67 equals $149,165.12.

27

28       [2]  The Court has calculated this amount to be $6,259.40 as of August 21, 2007.  There are 119 days in the period
     from April 25,2007 to August 21, 2007.  119 multiplied by $52.60 equals $6,259.40.

4.      Interest on the remaining principal balance of the promissory note in the amount of

$52.60 per day from April 25, 2007 through the date of the judgment; and

5.      $17,034.43 for attorney's fees and costs.

The Findings and Recommendations granted 15 days after their service to file written objections.

No objections were filed.

## **ORDER**

_____Pursuant to 28 U.S.C. § 636(b)(1), this Court conducted a *de novo* review of this case.

Having carefully reviewed the entire file, the Court finds the Magistrate Judge's Findings and

Recommendations are supported by the record and the Magistrate Judge's analysis.

Accordingly, this Court ORDERS:

1.      The Magistrate Judge's Findings and Recommendations to Grant Plaintiff's

Application for Default Judgment by Court, filed August 2, 2007 (Doc. 39),

are adopted in full;

2.      Plaintiff ERA Franchise Systems, Inc. is GRANTED a $2,422,495.23 default

judgment against Defendant Brager & Associates, Inc., doing business as ERA

Stargate Realty, and against Defendant Alisha Brager, an individual, as follows:

a.  $2,206,087.48 for obligations due pursuant to the franchise agreements and the

promissory note as of August  15, 2005;

b.  $43,948.80 for interest on the remaining principal balance of the promissory note

as of April 24, 2007;

c.  $149,165.12 for interest at the rate of 18% per annum on the sum of $410,976.30,

in the amount of $ 202.67 per day from August 16, 2005 through August 21, 2007,

and thereafter at the rate of $202.67 per day until the date of the judgment;

d. $6,259.40 for interest on the remaining principal balance of the promissory note in

the amount of  $52.60 per day from April 25, 2007 through August 21, 2007, and

thereafter at the rate of $52.60 per day until the date of judgment; and

e.  $17,034.43 for attorney's fees and costs.

Total as of August 21, 2007: $2,422,495.23.

3

1    The Clerk of this Court is DIRECTED to enter a $2,422,495.23 judgment in favor of

2  Plaintiff ERA Franchise Systems, Inc. and against Defendant Brager & Associates, Inc., a California

3  corporation doing business as ERA Stargate Realty, and against Defendant Alisha Brager, an

4  individual, as provided above.  The Clerk of the Court is further DIRECTED to close this action.

5

6

7

8  IT IS SO ORDERED.

9  **Dated:    August 21, 2007**                    _____/s/ Lawrence J. O'Neill_____
                                                         UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4