IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERA FRANCHISE, INC., CADLEROCK, LLC,<br><br>　　　　Plaintiff(s)/Judgment Creditor/Assignee<br><br>　　v.<br><br>BRAGER ASSOCIATES, INC., et al.,<br><br>　　　　Defendant(s). | CIV F 06-1861 LJO DLB<br><br>ORDER TO SHOW CAUSE WHY CONTEMPT CITATION SHOULD NOT ISSUE |

To Respondent ALISHA BRAGER:

IT IS HEREBY ORDERED by the Court that you appear in person on October 10, 2008, at 9:00 a.m. of the above-entitled Court, located at 2500 Tulare Street, Fresno, California, to show cause, if any there be, why you should not be adjudged in contempt of court for your failure to comply with the Order to Appear for Examination served upon you on August 13, 2008.

On July 24, 2008, the Court granted judgment creditor CadleRock, LLC.'s Application and Order for Appearance and Examination and ordered Alisha Brager to appear in court on September 5, 2008 at 9:00 a.m. as the designated representative of Brager Associates, Inc. to

1

furnish information to aid in enforcement of a money judgment against Brager Associates, Inc. Alisha Brager failed to appear for this Examination and failed to contact the Court or counsel for the judgment creditor as to why she did not appear.

Accordingly, PLEASE TAKE NOTICE that on October 10, 2008, at 9:00 a.m., or as soon thereafter as the matter can be heard in Courtroom 9 of the above-entitled court, located at 2500 Tulare Street, Fresno, California, ALISHA BRAGER is ORDERED TO SHOW CAUSE why a contempt citation should not be issued against her.

IT IS FURTHER ORDERED that counsel for judgment creditor SHALL PERSONALLY SERVE a copy of this order on ALISHA BRAGER on or before September 22, 2008.

IT IS SO ORDERED.

Dated:   **September 8, 2008**           /s/ **Dennis L. Beck**
                                       UNITED STATES MAGISTRATE JUDGE