IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ERA FRANCHISE, INC., CADLEROCK, LLC, | ) ) ) | 1:06cv1861 LJO DLB |
| Plaintiff(s)/Judgment Creditor/Assignee, | ) ) ) ) ) | ORDER GRANTING EXTENSION OF TIME TO SERVE ORDER TO SHOW CAUSE (Document 57) |
| v. | ) ) | ORDER VACATING OCTOBER 10, 2008, HEARING |
| BRAGER ASSOCIATES, INC., et al., | ) ) | |
| Defendant(s). | ) | |

On September 8, 2008, the Court issued an Order to Show Cause why a contempt citation should not issue against Defendant Alisha Brager, on behalf of Brager & Associates. Pursuant to the order, Judgment Creditor Cadlerock, LLC, was to personally serve a copy of the order on Alisha Brager on or before September 22, 2008.

On September 25, 2005, Cadlerock filed a request for additional time to complete personal service. It explains that despite numerous attempts, it has been unable to locate Alisha Brager for personal service. Cadlerock requests and additional 45 days and asks that the order to show cause hearing be rescheduled.

1

     Good cause appearing, Cadlerock's request is GRANTED. The Court will issue a new Order to Show Cause by separate order and Cadlerock will have 45 days from the date of issuance in which to complete personal service on Alisha Brager.

     The October 10, 2008, hearing is VACATED.

IT IS SO ORDERED.

Dated:   **October 6, 2008**                   **/s/ Dennis L. Beck**
                                                        UNITED STATES MAGISTRATE JUDGE