IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERA FRANCHISE, INC., CADLEROCK, LLC,<br><br>        Plaintiff(s)/Judgment<br>        Creditor/Assignee,<br><br>        v.<br><br>BRAGER ASSOCIATES, INC., et al.,<br><br>        Defendant(s). | 1:06cv1861 LJO DLB<br><br>ORDER TO SHOW CAUSE WHY CONTEMPT CITATION SHOULD NOT ISSUE<br><br>Hearing: February 20, 2009<br>Time:    9:00 a.m.<br>Place:    Courtroom Nine |

To Respondent ALISHA BRAGER:

    IT IS HEREBY ORDERED by the Court that you appear in person on February 20, 2009, at 9:00 a.m. of the above-entitled Court, located at 2500 Tulare Street, Fresno, California, to show cause, if any there be, why you should not be adjudged in contempt of court for your failure to comply with the Order to Appear for Examination served upon you on July 29, 2008.

    On July 24, 2008, the Court granted judgment creditor CadleRock, LLC.'s Application and Order for Appearance and Examination and ordered Alisha Brager to appear in court on September 5, 2008 at 9:00 a.m. as the designated representative of Brager Associates, Inc. to

furnish information to aid in enforcement of a money judgment against Brager Associates, Inc. Alisha Brager failed to appear for this Examination and failed to contact the Court or counsel for the judgment creditor as to why she did not appear.

Accordingly, PLEASE TAKE NOTICE that on February 20, 2009, at 9:00 a.m., or as soon thereafter as the matter can be heard in Courtroom 9 of the above-entitled court, located at 2500 Tulare Street, Fresno, California, ALISHA BRAGER is ORDERED TO SHOW CAUSE why a contempt citation should not be issued against her.

IT IS FURTHER ORDERED that the United States Marshals Service SHALL PERSONALLY SERVE a copy of this order on ALISHA BRAGER within 45 days of the date of this order.  The judgment creditor CadleRock, LLC shall pay all costs of service by the United States Marshals Service.  The judgment creditor also shall provide the United States Marshals Service with contact information to facilitate service.

ALISHA BRAGER is provided with the following notice:

**If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court and the court may make an order requiring you to pay the reasonable attorney's fees incurred by the judgment creditor in this proceeding.**

Cal. Code Civ. Proc. § 708.110(e) (explaining that failure to appear at the examination hearing alone is grounds for issuance of a warrant for arrest).


IT IS SO ORDERED.

Dated:     **December 12, 2008**            /s/ **Dennis L. Beck**
                                            UNITED STATES MAGISTRATE JUDGE